188 So. 920

**Ex parte Cecil GILBERT (GILBERT v. WILSON et al.).**

**7 Div. 562.**

Supreme Court of Alabama.

March 30, 1939.

Chas. F. Douglas, of Anniston, for petitioner.

Knox, Acker & Sterne, of Anniston, for respondent.

PER CURIAM.

Petition withdrawn by petitioner.

186 So. 912

**Ex parte Grace Christina Arno HAAS.**

**I Div. 55.**

Supreme Court of Alabama.

Feb. 28, 1939.

James E. Duggan, of Mobile, for petitioner.

PER CURIAM.

Rule nisi denied; petitioner should have proceeded under Code 1923, §§ 7908, 7895.

188 So. 920

**W. C. HALL v. MARYLAND CASUALTY CO.**

**2 Div. 145.**

Supreme Court of Alabama.

April 21, 1939.

PER CURIAM.

Appeal dismissed on motion of appellant.

188 So. 920

**T. E. HENDERSON v. Lula CARTER.**

**4 Div. 37.**

Supreme Court of Alabama.

March 30, 1939.

PER CURIAM.

Appeal dismissed for want of prosecution.

186 So. 913

**Ex parte George IVORY.**

**I Div. 54.**

Supreme Court of Alabama.

Feb. 4, 1939.

Vincent F. Kilborn and Chas. A. Cunningham, both of Mobile, for petitioner.

PER CURIAM.

Rule nisi denied.

ANDERSON, C. J., and GARDNER, THOMAS, BOULDIN, BROWN, and FOSTER, JJ., concur.

186 So. 913

**Lena E. JACKSON v. H. H. JACKSON.**

**7 Div. 525.**

Supreme Court of Alabama.

Jan. 12, 1939.

Chas. F. Douglas, of Anniston, and W. C. McMahan, of Heflin, for appellant.

Merrill & Merrill, of Heflin, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.